IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF TEXAS,

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2017

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| VICTOR JUAREZ-PEREZ, | ) | |
| <u>Reg No. 82715-379</u> | ) | Crim No: 5:15 CR-00201-001 |
| Petitioner, | ) | CIVIL NO: 16-41399 |
| VS. | ) | Alien No: 205-122-491 |
| WILLIAM SESSIONS, | ) | |
| Respondent, | | |

---

### APPLICATION FOR WRIT OF HABEAS CORPUS
### UNDER 28 U.S.C. § 2241

---

1. Present place of confinement. <u>F.C.I. Pollock</u>

2. Indicate the basis for your petition and complete the portions of the application form indicated:

    a. __✓__ A conviction.

    b. __✓__ A sentence. CAUTION: if you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.

    c.___ Prison discipline.
    d.___ A parole problem.
    e. ___ A detainer placed by the State of _____.
    f. __✓__ A deportation order or detainer placed by the Immigration & Naturalization Service.
    g. ___ Continued detention in the custody of the Immigration & Naturalization Service.
    h. ___ Other _____.

1

3.  **PERSONS CHALLENGEING A FEDERAL CONVICTION OR SENTENCE COMPLETE THIS PART.**

A.  Name and location of court which entered judgment of conviction and the sentence you are currently serving and which is currently under attack.
United States District Court For the Southern District Of Texas, Laredo Division

    b.    Dated of judgment of conviction. 8/26/2015
    c.    Length of sentence imposed. 46 Months
    d.    Name of sentencing judge. Judge Marina Garcia Marmolejo
Name of the offense(s) for which you were convicted (list all counts).

_____
_____
_____

    f.    What was your plea?
           ✓ Guilty
           ___ Not Guilty
           ___ Nolo Contender

If you entered a GUILTY plea to one count or indictment and a NOT GUILTY plea to another count or indictment, give details. _____

_____
_____

    g.    Type of trial.
           ___ Jury
           ✓ Judge Only

    h.    Did you testify at trial?
           ___ Yes
           ✓ No

    i.    Did you appeal, answer the following:
        1.    Name of court. _____N/A_____

        2.    Result of appeal. _____N/A_____

        3.    Date of result. _____N/A_____

        4.    Grounds raised on appeal. _____N/A_____

_____

K.   other than a direct appeal from the judgment of conviction and sentence, have you filed any other petitions, applications or motion with this judgment in any court, state or federal?
___ Yes
✓ No

If YES, give the following information:
   1. Name of court. <u>United States District Court For the Southern District Of Texas, Laredo Division</u>
   2. Nature of proceeding. <u>Pursuant to **2L1.2 (b) (1) (A) (i)**, 16 level enhancement in light of **Johnson v. United States**, 135 S. Ct 2551 (June 26, 2015) is unconstitutional</u>
   3. Grounds raised. <u>Petitioner raised that in light of the Supreme Court recent decision in **Johnson v. United States**, 135 S. Ct 2551 (June 26, 2015, that made the residual clause unconstitutional those made his 16 level enhancement unconstitutional</u>
      (i) Did you receive an evidentiary hearing on the petition, application, or motion?
      ___ YES
      ✓ NO
      (ii) If YES, give the following information:
      Result. <u>N/A</u>
      Date of result. <u>N/A</u>
   1. Have you filed a motion under Section 2255 of Title 28 of the United States Code to vacate, set aside, or correct the sentence imposed?
      ✓ YES
      ___ NO
   If YES, what grounds were presented? <u>Pursuant to **2L1.2 (b) (1) (A) (i)**, 16 Level enhancement unconstitutional in light of **Johnson v. United States**, 135 S. Ct 2551 (June 26, 2015, that made the residual clause unconstitutional.</u>

   m.   Do you have any petition, application, or appeal pending in any court, states or federal?
   ___ YES
   ✓ NO
If YES, give the following information:
   1.   Name of court. _____ N/A _____
   2.   Nature of proceeding. _____ N/A _____
   3.   Date of filing. _____ N/A _____
   4.   Suit Number. _____ N/A _____
   5.   Current status. _____ N/A _____

N.   Have you been sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
      _____ YES
      ✓ No

o.   Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack in this petition?
      ___ YES

3

  ✓ NO
If YES, give the following information:
1. Name and all location of the covert which imposed the sentence to be served in the future. _____N/A_____
2. Length of sentence to be served in the future. _____N/A_____
3. Have you filed or do you contemplate filing any petition attacking the judgment which imposed the future sentence.
  ____YES
  ✓ NO

**4. PERSON CHALLENGING A DECISION BY THE PAROLE COMMISSION COMPLETE THIS PART.**
  a. Have you presented this claim or any other claim challenging the parole Commission's decision to the National Appeals Board or any other available agency for review?
  ____YES
  ✓ NO
If YES, what was the result? _____

**5. PERSON CHALLENGING A STATE DETAINER COMPLETE THIS PART.**
 a. Have you presented this claim or any other claim concerning the legality of the state detainer placed against you to the state's highest court? (NOTE: Interstate Agreement on Detainer)
  ____YES
  ✓ No

**6. PERSON CHALLENGING ACTIONS BY THE IMMIGRATION & NATURALIZATION SERVICE COPLETE THIS PARTR.**
 a. Have you presented this claim or any other claim concerning the INS's [DHS] action to the Board of Immigration Appeal?
  ____YES
  ✓ NO
If YES, what was the date and result of the appeal? _____N/A_____

**7. THIS SECTION TO BE COMPLETE BY ALL PETITIONERS.**
Specifics of your claim. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. Do not cite case law. Give only factual information.

4

GROUND ONE   See **MEMORANDUM AND BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**ATTACH HEE TO.**

SUPPORTING FACTS   See **MEMORANDUM AND BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

GROUND TWO   See **MEMORANDUM AND BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**ATTACH HEE TO.**

SUPPORTING FACTS   See **MEMORANDUM AND BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

GROUND THREE   See **MEMORANDUM AND BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**ATTACH HEE TO.**

SUPPORTING FACTS   See **MEMORANDUM AND BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

GROUND FOURE   See **MEMORANDUM AND BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**ATTACH HEE TO.**

SUPPORTING FACTS   See **MEMORANDUM AND BRIEF IN SUPPORT OF APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

I declare under penalty of perjury that the foregoing is true and correct.

May 31, 2017                                              /s/ victor Juarez Perez,

Date Executed                                              Signature of Petitioner

5