United States District Court
Southern District of Texas
**ENTERED**
December 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| VICTOR JUAREZ-PEREZ,<br><br>　　　Petitioner,<br><br>VS.<br><br>WILLIAM SESSIONS,<br><br>　　　Respondent. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:17-CV-121<br>§ CRIMINAL ACTION NO. 5:15-CR-201<br>§<br>§<br>§ |

# FINAL JUDGMENT

For the reasons stated in the Court's order entered on this date, it is **ORDERED** and **ADJUDGED** that—

1. Juarez-Perez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DENIED**, and this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

2. A certificate of appealability of this Judgment under 28 U.S.C. § 2253(c)(2) is **DENIED**.

3. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal of this Judgment would not be taken in good faith and therefore should not be taken *in forma pauperis*.

It is so **ORDERED**.

**SIGNED** December 20, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Marina Garcia Marmolejo
　　　　　　　　　　　　　　　　　　　　United States District Judge